UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-094 (PAM/JJK)

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| ANGELO MANCINI, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the motion of counsel for Mr. Mancini to be allowed to submit his sentencing position on December 17, 2009. IT IS ORDERED that the motion is granted.

Dated: December 18, 2009

                                           s/Paul A. Magnuson
                                           Hon. Paul A. Magnuson
                                           United States District Court Judge